IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK PEREIRA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 04-791 |
| | : | |
| **DISKIN MOTORS, INC., Doing** | : | |
| **Business as CAROUSEL HYUNDAI** | : | |

## ORDER

**AND NOW**, this 21st day of December, 2004, upon consideration of the Plaintiff's Motion to Quash Deposition Subpoenas Served After the Close of Discovery and for Sanctions Pursuant to Rule 26(g) (Document No. 27) and after a telephone conference with counsel for the parties, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion to quash the deposition subpoenas is **GRANTED** and the subpoenas issued to Marty Sussman Acura, Hyundai of Turnersville and Prestige Mitsubishi Volkswagen are **QUASHED**;

2. The motion for sanctions is **DENIED.**

                                                        s/Timothy J. Savage
                                               TIMOTHY J. SAVAGE,  J.